UNITED STATES of America, Plaintiff–Appellee

v.

Guillermo TORRES–MENCHACA, also known as Guillermo Torres, also known as Guillermo Menchaca Torres, also known as Guillermo Mechaca Torres, Defendant–Appellant.

No. 09–20350
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 20, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Guillermo Torres–Menchaca raises arguments that are foreclosed by *United States v. Ayala,* 542 F.3d 494, 495 (5th Cir.2008), *cert. denied,* —— U.S. ——, 129 S.Ct. 1388, 173 L.Ed.2d 639 (2009), which held that a violation of TEXAS PENAL CODE § 21.11(a) constitutes the offense of sexual abuse of a minor, justifying a U.S.S.G. § 2L1.2(b)(1)(A)(ii) offense level increase. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges. ·

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

